## HOLLIS *v.* THE STATE (two cases).

TURNER, J. 1. The plaintiff in error, having been convicted in the city court of Macon as a vagrant, under the act of August 17, 1903 (Acts of 1893, p. 46), moved in arrest of judgment on two grounds : (*a*) because there had been no commitment hearing in her case : and (*b*) because she had not been tried and convicted before a jury in the city court. The first ground was not insisted on in the brief of counsel for the plaintiff in error, and is therefore

treated as abandoned. The plaintiff in error having waived her right to a trial by jury, *held*, that it was competent for her to do so, and the second ground of her motion in arrest of judgment was properly overruled by the court below.

2. The evidence amply warranted the conviction ; and there being no complaint that the trial judge committed any error of law, the judgment overruling the motion for a new trial is          *Affirmed. All the Justices concur.*

Submitted October 21,—Decided October 24, 1903.

Accusation of vagrancy. Before Judge Hodges. City court of Macon. September 5, 1903.

*William D. McNeil* and *John R. Cooper*, for plaintiff in error.
*William Brunson, solicitor-general*, contra.